1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (SBN 82482)
2  J. CROSS CREASON (SBN 209492)
   225 Bush Street, Sixth Floor
3  San Francisco, CA 94104-4207
   Telephone:    (415) 397-2700
4  Facsimile:    (415) 397-3300

5  Attorneys for Defendant ORACLE CORPORATION

6  LAW OFFICES OF MICHAEL E. ADAMS
   MICHAEL E. ADAMS (SBN 47278)
7  702 Marshall Street, Suite 300
   Redwood City, CA 94063
8  Telephone (650) 599-9463
   Fax         (650) 599-9785
9
   Attorney for Plaintiff ASHIT ZINUWADIA
10

11                     UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

13

| ASHIT ZINZUWADIA,                          | Case No. C 06 6702 MHP              |
|--------------------------------------------|-------------------------------------|
|              Plaintiff,                    |                                     |
|                                            | STIPULATION AND [PROPOSED]          |
|      v.                                    |                                     |
|                                            | ORDER SELECTING ADR PROCESS         |
| ORACLE CORPORATION, and DOES 1 to 10,      |                                     |
|              Defendants.                   |                                     |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1.  The parties agree to participate in the following ADR process:

**Private Mediation.**  The parties have not yet selected a mediator.

2.  The parties agree to hold the ADR session (mediation) by: June 1, 2007.


Dated:  January 17, 2007                    DILLINGHAM & MURPHY, LLP
                                            WILLIAM F. MURPHY
                                            J. CROSS CREASON, III

---

Page 1 – Case No. C 06 6702 MHP
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

|   |   |
|---|---|
| | By: /s/_____<br>Attorneys for Defendant<br>ORACLE CORPORATION |
| Dated: January 17, 2007 | LAW OFFICES OF MICHAEL E. ADAMS<br>MICHAEL E. ADAMS |
| | By: /s/_____<br>Attorneys for Plaintiff<br>ASHIT ZINZUWADIA |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

**Private ADR – Mediation**

Deadline for ADR session:

June 1, 2007

IT IS SO ORDERED.

Dated: 1/18/07

_____
UNITED STATES DISTRICT JUDGE

---

Page 2 – Case No. C 06 6702 MHP
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS