Case 3:06-cv-06702-MHP   Document 23   Filed 11/15/07   Page 1 of 3

LAW OFFICES OF MICHAEL E. ADAMS
MICHAEL E. ADAMS (SBN 47278)
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone (650) 599-9463
Fax           (650) 599-9785

Attorney for Plaintiff ASHIT ZINUWADIA

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
J. CROSS CREASON (SBN 209492)
225 Bush Street, Sixth Floor
San Francisco, CA  94104-4207
Telephone:     (415) 397-2700
Facsimile:      (415) 397-3300

Attorneys for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| ASHIT ZINZUWADIA, | Case No. C 06 6702 MHP |
|---|---|
| Plaintiff, | **STIPULATION RE CONTINUANCE OF STATUS CONFERENCE** |
| v. | |
| ORACLE CORPORATION, and DOES 1 to 10, | DATE: February 5, 2007<br>TIME:  4 P.M. |
| Defendants. | |

The parties hereto, by and through their respective undersigned counsel, hereby stipulate to, and request that the Court enter, an Order to postpone the pending Status Conference

from November 19, 2007 at 3:00PM to January 14, 2008 or the next date thereafter that is convenient for the Court.

The reasons for seeking the above stipulated order are as follows:

1. At the previous status conference on July 2, 2007, the Court ordered, among other things, that the deposition of plaintiff be completed by the end of August 2007, that the parties mediate the case by the end of October 2007, and instructed plaintiff to supply defendant with releases to obtain the relevant medical records of plaintiff's wife, for whose care plaintiff allegedly took intermittent leave from his employment with defendant.

2. On July 3 and July 5, 2007, as well as earlier, Defendant forwarded forms of release for the medical providers of plaintiff's wife of which it is aware.

3. Plaintiff has not obtained, and provided to defendant, signed medical releases from his wife.

4. Plaintiff was unavailable for deposition until August 30, on which date his deposition began. On August 29 plaintiff subpoenaed his wife's medical records on behalf of the parties. One of the subpoenas sent by plaintiff was initially directed to the wrong facility, so records therefrom are still pending. As of the date of this stipulation, defendant has had access to some but not all of the relevant medical records. The same is true for Plaintiff.

5. Defendant noticed the continuation of plaintiff's deposition for a date in mid-September. That date was objected to by plaintiff. The parties agreed to reschedule the continuation of plaintiff's deposition for October 31. On October 30, plaintiff cancelled the deposition on account of his own illness.

6. The parties have agreed on November 20 for the continuation of plaintiff's deposition.

7. The parties believe that the Court's order of July 3, 2007, including completion of pre-mediation discovery and mediation, can be complied with by January 10, 2008.

Dated: November 9, 2007
DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY
J. CROSS CREASON, III

By: /s/ J. Cross Creason III
_____
Attorneys for Defendant
ORACLE CORPORATION

Dated: November 9, 2007
LAW OFFICES OF MICHAEL E. ADAMS

ADAMS

By: /s/ Michael E. Adams
_____
Attorney for Plaintiff
ASHIT ZINZUWADIA

**ORDER**

The Status Conference currently scheduled for November 19, 2007 is hereby vacated and continued to January 14, 2008, 3 PM. THERE SHALL BE NO FURTHER CONTINUANCES OF PLAINTIFF'S DEPOSITION.

**Dated:** 11/15/2007 _____

_____
Hon. Marilyn Hall Patel
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel