| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | WILLIAM F. MURPHY (SBN 82482) |
| 2 | J. CROSS CREASON (SBN 209492) |
| | 225 Bush Street, Sixth Floor |
| 3 | San Francisco, CA  94104-4207 |
| | Telephone:     (415) 397-2700 |
| 4 | Facsimile:      (415) 397-3300 |
| 5 | Attorneys for Defendant ORACLE CORPORATION |
| 6 | LAW OFFICES OF MICHAEL E. ADAMS |
| | MICHAEL E. ADAMS (SBN 47278) |
| 7 | 702 Marshall Street, Suite 300 |
| | Redwood City, CA 94063 |
| 8 | Telephone (650) 599-9463 |
| | Fax            (650) 599-9785 |
| 9 | |
| | Attorney for Plaintiff ASHIT ZINUWADIA |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHIT ZINZUWADIA, | Case No. C 06 6702 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER RE CONTINUANCE OF** |
| | **STATUS CONFERENCE** |
| ORACLE CORPORATION, and DOES 1 to 10, | |
| Defendants. | |

1. A Status Conference is currently scheduled in this action for June 2, 2008, for the purpose of reporting to the Court *inter alia* the results of the parties' mediation scheduled for May 29, 2008 (April 8, 2008 Minute Order, Docket No. 28).

2. On May 2, 2008, the agreed upon mediator informed the parties of a change in the mediator's schedule which required the parties to reschedule their mediation session. The parties and the mediator have agreed upon June 13, 2008, 1 PM as the new mediation date.

///

///

Page 1 – Case No. C 06 6702 MHP
**STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE**

3. For the forgoing reason, the parties respectfully request that the Court continue the June 2, 2008 Status Conference to a date after the parties' mediation, preferably June 16, 23 or 30.

Dated: May 14, 2008                DILLINGHAM & MURPHY, LLP
                                   WILLIAM F. MURPHY
                                   J. CROSS CREASON, III


                         By:  /s/  J. CROSS CREASON, III
                              Attorneys for Defendant
                              ORACLE CORPORATION


Dated: May 14, 2008                LAW OFFICES OF MICHAEL E. ADAMS
                                   MICHAEL E. ADAMS


                         By:  /s/  MICHAEL E. ADAMS
                              Attorneys for Plaintiff
                              ASHIT ZINZUWADIA


### [PROPOSED] ORDER

The Status Conference, currently set for June 2, 2008, is hereby CONTINUED to June  16 , 2008 at 3 p.m. Joint Status Conference Statement due five days in advance thereof.

IT IS SO ORDERED.

Dated: May 16, 2008                _____
                                   UNITED STATES DISTRICT JUDGE
                                   [Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]

Page 2 – Case No. C 06 6702 MHP
**STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE**