LAW OFFICES OF MICHAEL E. ADAMS
MICHAEL E. ADAMS (SBN 47278)
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone (650) 599-9463
Fax          (650) 599-9785

Attorney for Plaintiff ASHIT ZINUWADIA

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
J. CROSS CREASON (SBN 209492)
225 Bush Street, Sixth Floor
San Francisco, CA  94104-4207
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300

Attorneys for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| ASHIT ZINZUWADIA,<br><br>            Plaintiff,<br><br>   v.<br><br>ORACLE CORPORATION, and DOES 1 to 10,<br><br>            Defendants. | Case No. C 06 6702 MHP<br><br>**STIPULATION RE CONTINUANCE OF STATUS CONFERENCE** |
|---|---|

The parties hereto, by and through their respective undersigned counsel, hereby stipulate

to, and request that the Court enter, an Order to postpone the pending Status Conference

from June 16, 2008 to July 14, 2008 or the next date thereafter that is convenient for the Court and counsel.  The reason for seeking the above stipulated order is that Michael E. Adams has a mediation in another case scheduled for the entire day on June 16, 2008, and there is no feasible alternative date for the mediation, given an imminent trial date therein.

Dated:  June 4, 2008              DILLINGHAM & MURPHY, LLP

WILLIAM F. MURPHY

J. CROSS CREASON, III

*/s/ J. Cross Creason III*

By:  _____

Attorneys for Defendant

ORACLE CORPORATION


Dated:  June 4, 2008              LAW OFFICES OF MICHAEL E. ADAMS

ADAMS

*/s/ Michael E. Adams*

By:  _____

Attorney for Plaintiff

ASHIT ZINZUWADIA

///

///

**ORDER**

The Status Conference currently scheduled for June 16, 2008 is hereby vacated and continued to July 14, 2008, at 3 PM.

**Dated:** June _5_, 2008



Hon. Marilyn Hall Patel
U.S. District