```
MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:       (650) 599-9785

Attorney for Plaintiff
ASHIT ZINZUWADIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHIT ZINZUWADIA,<br><br>        Plaintiff,<br><br>        vs.<br><br>ORACLE CORPORATION, and DOES 1 to 10<br><br>        Defendants.<br>_____ | Case No. CIV ~~457983~~  06-6702 MHP<br><br>**ORDER RELIEVING ATTORNEY OF RECORD** |

At the Case Management Conference conducted herein on July 14, 2008, Plaintiff Ashit Zinzuwadia was personally present, together with Michael E. Adams, his attorney of record. Also present were William F. Murphy and J. Cross Creason, attorneys of record for Defendant Oracle Corporation. Having heard from the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

    1. Michael E. Adams is hereby relieved as attorney of record for Plaintiff Ashit Zinzuwadia, and shall forward to Plaintiff any pleadings or correspondence that he may receive in connection with this case.

    2. A further Case Management Conference is set for October 20, 2008 in order to

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Order Relieving Attorney of Record

1 give Plaintiff an opportunity to retain another attorney to represent him herein.

2 DATED: October 21, 2008

_____
HON. MARILYN H. PATEL
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

8 Approved as to form:
Dated: October 15, 2008

*/s/ J. Cross Creason*
10 _____
J. Cross Creason
11 Attorney for Defendant
Oracle Corporation

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Order Relieving Attorney of Record