Ashit Zinzuwadia
4835 Oakridge Drive
Tracy, California 95377

Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHIT ZINZUWADIA,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION et al,<br><br>Defendant. | Case Number: CV-06-06702 MHP<br><br>[PROPOSED] ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF LIMITED-SCOPE COUNSEL<br><br>Judge Marilyn Hall Patel |

The Plaintiff having requested and being in need of counsel to assist him in this matter and good and just cause appearing, IT IS HEREBY ORDERED that plaintiff Ashit Zinzuwadia shall be referred to the Federal Pro Bono Project for appointment of limited-scope legal counsel in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("VLSP") two (2) copies of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by VLSP that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the limited purpose of representing him through the hearing on Defendant's pending Motion for Summary Judgment or until further order of the Court.

1   3. All proceedings in this action are hereby stayed until four weeks from the date an
2   attorney is appointed to represent Plaintiff in this action.

3

4   IT IS SO ORDERED.

5

6   Dated: 7/13/2009

7   Hon. Marilyn H. Patel

8   U.S. District Judge, Northern District of California

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / Seal: United States District Court Northern District of California]*

[PROPOSED] ORDER RE APPOINTMENT OF LIM. SCOPE COUNSEL, NO. 06-6702 MHP